# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| DANIEL BOYAR, et al., | |
| Defendant(s). | |

Presently before the court is defendant Adam Younassoghlou's motion to expedite sentencing. (ECF No. 220).

As an initial matter, defendant is represented by counsel, and thus defendant is not authorized to file motions *pro se*.

Further, the motion lacks merit. Defendant requests that his sentence be imposed "without delay pursuant to Rule 32(a)(1)." *Id.* Defendant's motion, although not clear in this respect, appears to operate on the assumption that the sentencing date is May 21, 2018, in seven months. *Id.* Per this court's records, defendant's sentencing is currently set for Thursday, November 16, 2017, in three weeks. The current sentencing date does not impose an unreasonable delay in defendant's sentencing, and will therefore remain unchanged.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to expedite sentencing (ECF No. 220) be, and the same hereby is, DENIED.

DATED October 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**