

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   ) 2:17-CR-021-JCM-(GWF)
                            )
            Plaintiff,      )
                            )
v.                          ) Final Order of Forfeiture
                            )
ADAM MANUEL YOUNASSOGHLOU,  )
also known as "Adam Y",     )
                            )
            Defendant.      )

This Court found that Adam Manuel Younassoghlou, also known as "Adam Y", shall pay the in personam criminal forfeiture money judgment of $250,000 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Third Superseding Criminal Indictment, ECF No. 129; Change of Plea, ECF No. 203; Plea Agreement, ECF No. 204; Preliminary Order of Forfeiture, ECF No. 210.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $250,000 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Adam Manuel Younassoghlou, also known as "Adam Y", the in personam criminal forfeiture money judgment of $250,000, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between all codefendants is not to exceed $3,300,000, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this ____ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE